# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

TOLULOPE ADEGUNJU,

        Plaintiff,

  v.

DHI MORTGAGE COMPANY, LTD., *et al.*,

        Defendants.

Case No. 2:25-cv-841
Chief Judge Sarah D. Morrison
Magistrate Judge Elizabeth P. Deavers

## ORDER

Tolulope Adegunju filed this *pro se* action against DHI Mortgage Company, Ltd. and Lakeview Loan Servicing for (among other things) breach of contract related to his mortgage note. (Compl., ECF No. 5.) This matter is before the Court on the Order and Report and Recommendation issued by the Magistrate Judge on August 11, 2025. (R&R, ECF No. 6.) After performing an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge recommended that (a) the Court dismiss in part Mr. Adegunju's claims, (b) claims 2, 3, and 4 be allowed to proceed against Defendants, (c) the Court certify pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the R&R would not be in good faith, and (d) deny Mr. Adegunju's leave to file *in forma pauperis*. (*Id*.) The time for filing objections has now passed and no objections were filed.

Accordingly, the Report and Recommendation is **ADOPTED** and **AFFIRMED**. Mr. Adegunju's Complaint is **DISMISSED in part**:

- Counts 1, and 5–12 of the Complaint are **DISMISSED**;
- The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith; and
- Mr. Adegunju is **DENIED** leave to file *in forma pauperis*.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**